**Robert Earl VANCE, Plaintiff— Appellant,**

v.

**Phillip MCCLOUD; Randall; Patricia Williams; Amy Enloe, Defendants— Appellees,**

**Perry Correctional Institution, Defendant.**

**No. 05–7406.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Feb. 2, 2006.

Robert Earl Vance, Appellant Pro Se. William Benson Darwin, Jr., Holcombe, Bomar, Gunn & Bradford, P.A., Spartanburg, South Carolina, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Robert Earl Vance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Vance v. McCloud,* No. CA–03–3515 (D.S.C. Aug. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*